IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DOTTIE ANDERSON                                                  PLAINTIFF

v.                     No. 4:23-cv-747-DPM

BOBBY MAY, Individually and in
His Official Capacity as Sheriff of
St. Francis County                                      DEFENDANT

## ORDER

The Court notes the joint report and resolves the parties' discovery disputes as follows.

- **Interrogatories Nos. 1, 3, 4, 8-10, 12, 13 & 15 & Requests for Production 1-5, 7-12 & 15-21**

Sheriff May's objections are sustained. He says he produced all responsive documents. And his supplemental responses state that he's not withholding any responsive information or documents.

- **Interrogatories Nos. 13 & 15**

Sheriff May's objection is overruled as to Interrogatory No. 13. He stated that Anderson was terminated for "poor performance, misconduct, and for violating St. Francis County's rules and/or policies." *Doc. 48-1 at 32-33.* Anderson's request for information about individuals terminated for those same reasons is relevant to her claims and therefore discoverable.

Sheriff May's objection to Interrogatory No. 15 is sustained. Anderson hasn't brought a discrimination claim or alleged that she was retaliated against for reporting alleged discrimination.

- **Interrogatory No. 3 & Request for Production 9**

Sheriff May's objections are sustained with directions. Whether any non-employee of St. Francis County ever complained about the conditions of confinement and alleged civil rights violations is irrelevant to Anderson's AWBA claim. And Anderson hasn't brought a discrimination claim in this case.

The Court notes, however, that a Protective Order has been entered in this case. *Doc. 49*. Sheriff May must provide supplemental responses as he indicated he would in its response to Interrogatory No. 3.

- **Request for Production 12**

Sheriff May's objections are sustained. He says he cannot locate Jones's personnel file. He "cannot produce what [he does] not have." *Morris v. King*, 2022 WL 59618, at *2 (W.D. Ark. 4 January 2022).

\* \* \*

Sheriff May must provide his supplemental responses and production by 30 August 2024. The Court declines to award fees. Joint report, *Doc. 48*, addressed.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 July 2024