# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DOTTIE ANDERSON**                                                                 **PLAINTIFF**

v.                                    No. 4:23-cv-747-DPM

**BOBBY MAY, Individually and in His
Official Capacity as Sheriff of St. Francis
County and JONNIE JONES, in her
individual capacity**                                                               **DEFENDANTS**

## JUDGMENT

Anderson's second amended complaint is dismissed with prejudice. The Court retains jurisdiction until 3 February 2026 to enforce the parties' settlement.

*[signature]*
D.P. Marshall Jr.
United States District Judge

3 December 2025